**Order entered September 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01352-CV

### LARRY G. MCCLENDON, Appellant

### V.

### BOBBY SPRINGFIELD, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00488**

## ORDER

By order dated August 23, 2016, we ordered the trial court to file findings of fact and conclusions of law and abated the appeal to allow the trial court to comply. On September 2, 2016, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law. Accordingly, we **REINSTATE** this appeal.

Appellant's brief is due **OCTOBER 7, 2016**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE